No. 1890. EL PUEBLO, APELADO, *v.* AYALA, APELANTE.— Corte de Distrito de San Juan, Primer Distrito.   Portar armas prohibidas.   Resuelto en marzo 17, 1922.   No existe pliego de excepciones ni relación de hechos y no se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1893. EL PUEBLO, APELADO, *v.* LEBRÓN, APELANTE.— Corte de Distrito de Guayama.   Infracción de la ley de arbitrios.   Resuelto en marzo 20, 1922.   No existe exposición del caso ni pliego de excepciones y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2690. A. ERLE SUMERSILLE & Co., APELADO, *v.* SANTIAGO ET AL., APELANTES. — Corte de Distrito de San Juan, Segundo Distrito.   Desahucio.   Resuelto en marzo 21, 1922. Moción del apelado para desestimar la apelación.   Aparece de la certificación del secretario de la corte inferior que la exposición del caso fué aprobada en tiempo pero no habiendo el apelante radicado aun el *transcript* en esta corte ni solicitado prórroga, vista la ley y la jurisprudencia, se desestima la apelación.

No. 1892. EL PUEBLO, APELADO, *v.* SOTO, APELANTE. — Corte de Distrito de Guayama.   Resuelto en marzo 27, 1922. No existe pliego de excepciones ni relación de pruebas y de la denuncia no aparece que el delito imputado reviste los caracteres de un acometimiento y agresión grave, pues no se alega que el acusado fuera un varón adulto, se modifica la sentencia en el sentido de declararle culpable de acometimiento y agresión, condenándole a $50 de multa y en su defecto un día de cárcel por cada dollar, no excediendo la prisión subsidiaria de 30 días.